BEFORE THE SECOND DIVISION, SEPTEMBER 23, 1965

No. 69555.—Nisonger Sales Corp. and Trans-World Shpg. Corp. et al. *v.* United States, protests 60/8924, etc. (New York).

Opinion by Rao, C.J. In accordance with stipulation of counsel that the merchandise consists of spark plugs, not dedicated to use in automobiles, similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.